Drew L. Johnson
Kathryn Tassinari
rwood@callatg.com
kathrynt50@comcast.net
1700 Valley River Drive
Eugene, OR 97401
(541) 434-6466
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**RICHARD M. PINKERTON,**

Plaintiff,

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security Administration,

Defendant.

Civil No. 05-6102-ST

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion for Approval, and counsel for Defendant having no objection, Order is hereby granted in the sum of $18,118.50 as full settlement of all claims for attorney fees pursuant to 42 U.S.C. §406(b). Counsel shall refund the lesser of this or the EAJA fee of $6817.91 awarded herein to Plaintiff. There are no other costs.

IT IS SO ORDERED this day of _October 26_, 2007

_____
U.S. District Judge

PRESENTED BY:

By: /s/ DREW L. JOHNSON
 Drew L. Johnson, OSB #75200

1 - ORDER